UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY IMBRUCE, | : Docket No. 3:15-cv-00554-JAM |
| Plaintiff, | : |
| v. | : |
| TERI BUHL, and MARKETNEXUS MEDIA, INC. | : |
| Defendants | : |
| | : February 3, 2017 |

**PLAINTIFF'S MOTION TO REOPEN CASE**

Pursuant to the Court's Order, dated October 26, 2016, (ECF 63, as modified by ECF 66, and 69), plaintiff Gregory Imbruce hereby requests that the Court reopen this action because the parties have been unable to settle this action.

WHEREFORE, the plaintiff hereby moves the Court to reopen the case.

Respectfully submitted,

PLAINTIFF
GREGORY IMBRUCE

By: /s/ Richard S. Gora
     Richard S. Gora (ct27479)
     Gora LLC
     30 Quarter Horse Drive
     Monroe, CT 06468
     Tel.: 203-424-8021
     Fax: 203-549-0410
     Email: Rich@goralaw.com

## CERTIFICATION

I hereby certify that on February 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.

/s/ Richard S. Gora
Richard S. Gora